**Order entered June 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00613-CR
### No. 05-19-00688-CR

### KEMONE DUANE RODGERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 6
### Dallas County, Texas
### Trial Court Cause No. MA16-18372

## ORDER

Before the Court is appellant's June 17, 2019 motion for appointment of counsel and extension of time to respond filed in cause no. 05-19-00613-CR. Appellant's motion is **DENIED**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE